THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7    WOON HWANG,                                    CASE NO. C11-0673-JCC

8                         Plaintiff,               ORDER

9
          v.
10   BISHOP, WHITE, MARSHALL &
     WEIBEL, P.S.,
11
                         Defendant.
12

13          This matter comes before the Court on Defendant's motion to dismiss. (Dkt. No. 4.)

14   Plaintiff filed no opposition to the motion. Local Rule 7(b)(2) states in part: "If a party fails to

15   file papers in opposition to a motion, such failure may be considered by the court as an

16   admission that the motion has merit." Accordingly, Defendant's motion is GRANTED. All of

17   Plaintiff's claims, with the exception of the CPA claim and claim for the alleged violation of 15

18   U.S.C. § 1692(e), are hereby DISMISSED.

19          DATED this 23rd day of June 2011.

20

21

22

23

24                                                 _____

25                                                 John C. Coughenour
                                                   UNITED STATES DISTRICT JUDGE
26

ORDER
PAGE - 1